PROB 12A
(Rev. 5/2011)

# United States District Court
for
Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Daniel Collins                          Case Number: 3:04-00062-04

Name of Sentencing Judicial Officer: Honorable Todd J. Campbell, U.S. District Judge

Date of Original Sentence: September 26, 2005

Original Offense: Unlawful Carry of Destructive Device (Molotov Cocktail) During and In Relation to a Drug Trafficking Crime, 18 U.S.C. 924(c)(1)

Original Sentence: 10 years' custody; followed by 5 years' supervised release

Type of Supervision: Supervised Release                   Date Supervision Commenced: September 11, 2013

Assistant U.S. Attorney: Trey Hester                      Defense Attorney: Mariah A. Wooten

---

The Court orders:

☒ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this ___ day of ____May____, 2014,
and made a part of the records in the above case.

Todd J. Campbell
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

Lisa L. House
U.S. Probation Officer

Place           Clarksville, TN

Date            May 8, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | **The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.** |

Daniel Collins tested positive for marijuana on April 8, 2014.

## Compliance with Supervision Conditions and Prior Interventions:

Daniel Collins was released to supervision on September 11, 2013. He was diagnosed with bipolar disorder with severe depression prior to incarceration for the instant offense. Mr. Collins tested positive for marijuana on December 3, 2013. This violation was reported to the Court on January 10, 2014, with a request that Mr. Collins be referred for treatment and that no additional action be taken. The Court granted this request on January 14, 2014. Mr. Collins was admonished for his actions, and he indicated his willingness to participate in treatment. An assessment was completed at Centerstone on April 1, 2014, and the therapist recommended that he receive individual counseling sessions twice per month to address both substance abuse and mental health issues. Mr. Collins has been referred for treatment as recommended. Mr. Collins did not admit to using marijuana to the probation officer prior to testing positive on April 8, 2014. He is currently unemployed and resides in Charlotte, Tennessee.

## U.S. Probation Officer Recommendation:

The U.S. Probation Office is not requesting that any action be taken at this time. Mr. Collins will be required to submit to a substance abuse and mental health treatment as recommended. Random urine screens will also continue.

This case has been discussed with Assistant U.S. Attorney Trey Hester, who agrees with the probation officer's recommendation.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer