UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:04-00062 |
| | ) | JUDGE CAMPBELL |
| DANIEL COLLINS | ) | |

ORDER

The hearing on the Third Superseding Petition (Docket No. 239) alleging violations of Defendant's Conditions of Supervision is RESCHEDULED for December 17, 2015, at 2:00 p.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE