UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:04-00062 |
| | ) | JUDGE CAMPBELL |
| DANIEL COLLINS | ) | |

ORDER

The revocation hearing currently scheduled for May 2, 2016, is RESCHEDULED for May 2, 2016, at 3:30 p.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE