UNITED STATES DISTRICT COURT

__MIDDLE__    District of    __TENNESSEE__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| | Case Number:     3:04-00062 |
| | USM Number:     16727-075 |
| DANIEL COLLINS | Mariah A. Wooten |
| | Defendant's Attorney |

## THE DEFENDANT:

X   admitted guilt to violation of condition(s) __noted below__ of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Defendant shall not commit another federal, state or local crime | 7/25/14 |
| 3 | Defendant shall notify the Probation Officer within 72 hours of being arrested or questioned by a law enforcement officer | 8/7/15 |
| 4 | Defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance except as prescribed by a physician | 5/14/15 |
| 6 | Defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the Probation Office | 2/2/15 |
| 7 | Defendant shall notify the Probation Office at least 10 days prior to any change in residence or employment | 6/24/16 |
| 8 | Defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the Probation Office | 3/17/15 |
| 10 | Defendant shall not commit another federal, state, or local crime | 1/20/15 |
| 11 | Defendant shall participate in a program of random drug testing and substance abuse treatment which may include a 30-day inpatient treatment program followed by up to 90 days in a community correction center at the direction of the Probation Officer. | 2/23/16 |
| 12 | Defendant shall not commit another federal, state or local crime | 2/12/16 |
| 13 | Defendant shall notify the Probation Officer within 72 hours of being arrested or questioned by a law enforcement officer | 9/11/15 |
| 15 | Defendant shall notify the Probation Officer within 72 hours of being arrested or questioned by a law enforcement officer | 1/27/16 |

The defendant is sentenced as provided in pages 1 and 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X   The defendant has not violated condition(s) __1, 5, 9, 14__ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.     __0291__

Defendant's Year of Birth: __1982__

City and State of Defendant's Residence:

__Nunnely, Tennessee__

__June 30, 2016__
Date of Imposition of Judgment

*Todd Campbell*
Signature of Judge

__Todd J. Campbell, United States District Judge__
Name and Title of Judge

__June 30, 2016__
Date

DEFENDANT:        DANIEL COLLINS                                    Judgment — Page 2 of 2
CASE NUMBER:      3:04-00062

# IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:   ___six (6) months_____

No period of Supervised Release is imposed.

___X___  The Court makes the following recommendations to the Bureau of Prisons:

       1. The Defendant serve his sentence at the local facility at Grayson, Kentucky.

___X___  The Defendant is remanded to the custody of the United States Marshal.

_____  The Defendant shall surrender to the United States Marshal for this District:

     _____  at _____ p.m. on _____

     _____  as notified by the United States Marshal.

_____  The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

     _____  before 2 p.m. on _____

     _____  as notified by the United States Marshal.

     _____  as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this Judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this Judgment.

_____
United States Marshal

By: _____
Deputy United States Marshal